UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BEN WILLIAM COFFIN, JR.,

        Petitioner,        Case No. 1:12-cv-1196

v.        Honorable Robert J. Jonker

STEVE RIVARD,

        Respondent.
_____/

## ORDER TO FILE AMENDED PETITION

This is a habeas corpus action filed by a state prisoner pursuant to 28 U.S.C. § 2254. All applications for habeas corpus relief must be submitted on the form petition provided by this Court. *See* Rule 2(d), RULES GOVERNING § 2254 CASES; W.D. Mich. LCivR 5.6(a). Petitioner filed his petition on the requisite form, but he has not clearly articulated his grounds for relief as directed by the form and as required by the Rules. Instead of identifying each of his grounds for relief, Petitioner merely refers to the attachments to his petition, which include several briefs prepared by or on behalf of Petitioner in connection with an appeal from the denial of a motion for relief from judgment. If Petitioner wishes to proceed with his action, he must carefully fill out the form and submit it to the Court. The Court directs the Clerk to send to Petitioner a copy of the form petition under 28 U.S.C. § 2254 for writ of habeas corpus by a person in state custody. Petitioner shall submit an amended petition by filing his habeas petition on the requisite form **within 28 days from the date of entry of this order**. The case number shown above must appear on the front page of the amended petition. Petitioner must file an original and one complete copy of the amended

petition and any *new* attachments. Petitioner need not re-submit supporting materials filed with the original petition. **Because the amended petition will take the place of the original petition, the amended petition must set forth all of the grounds for relief that Petitioner intends to raise.** If Petitioner fails to submit an amended petition in proper form within the time allowed, the petition may be dismissed without prejudice by the court.

    **IT IS SO ORDERED**.


Dated: December 12, 2012            /s/ Hugh W. Brenneman, Jr.
                                                                            HUGH W. BRENNEMAN, JR.
                                                                            United States Magistrate Judge